IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01443-LTB-BNB

CONCEPCION OROZCO a/k/a CONSEPCION OROZCO, and
ANNA OROZCO,

Plaintiffs,

v.

SARA PETERSON,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. Plaintiff Concepcion Orozco appeared *pro se*. I am informed that Concepcion Orozco is attempting to retain a lawyer to represent her and that she needs additional time to complete that task.

I encourage Concepcion Orozco to continue her efforts to retain a lawyer, and I have rescheduled the scheduling conference to allow her time to do so. I caution Concepcion Orozco, however, that should she be unsuccessful in her efforts to retain a lawyer she personally is responsible for complying with all court orders and all time limitations established by any applicable rule. See D.C.COLO.LCivR 83.3(D). Her failure to comply with this requirement may result in the imposition of sanctions, including dismissal of her claim.

IT IS ORDERED that a supplemental scheduling conference is set for **January 3, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel and any *pro se* party may attend the conference by telephone.

IT IS FURTHER ORDERED that counsel and any *pro se* party shall prepare a proposed scheduling order in compliance with the requirements of Appendix F, D.C.COLO.LCivR, and submit it to the court on or before **December 29, 2006**.

IT IS FURTHER ORDERED that pleadings, orders, and other materials to be served on Concepcion Orozco shall be served at her address at 401 North Timberline # 28, Fort Collins, CO 80524; and that her telephone number of record is 970-484-2193. The Clerk of the Court is directed to note this as the address of record of Concepcion Orozco pending the entry of appearance by a lawyer.

IT IS FURTHER ORDERED that Concepcion Orozco shall direct her lawyer to enter his or her appearance immediately upon acceptance of that representation.

Dated December 1, 2006.

                                                   BY THE COURT:

                                                   s/ Boyd N. Boland
                                                 United States Magistrate Judge