IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01443-LTB-BNB

CONCEPCION OROZCO a/k/a CONSEPCION OROZCO, and
ANNA OROZCO,

Plaintiffs,

v.

SARA PETERSON,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff Concepcion Orozco a/k/a Consepcion Orozco's Motion to Vacate Settlement Conference** [docket no. 49, filed July 31, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for August 28, 2007, is VACATED, to be reset upon the request of the parties.

DATED:  August 2, 2007