**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-01443-LTB-BNB

CONCEPCION OROZCO a/k/a CONSEPCION OROZCO and
ANNA OROZCO,

       Plaintiffs,

v.

SARA PETERSON,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Between as to Plaintiff Concepcion Orozco, Only (Doc 58 - filed September 11, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Plaintiff Concepcion Orozco only,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   September 12, 2007