IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01443-LTB-BNB

ANNA OROZCO,

Plaintiff,

v.

SARA PETERSON,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the Stipulation for Dismissal With Prejudice Regarding Plaintiff Anna Orozco,

IT IS ORDERED that the hearing set in front of me on Thursday, October 11, 2007, at 1:30 p.m., is **VACATED**, and the pending **Motion to Withdraw as Attorney of Record** (docket no. 43 and **Motion for Rule 35 Examination** (docket no. 45) are DENIED AS MOOT.

DATED:  October 10, 2007