**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.    06-cv-01443-LTB-BNB

ANNA OROZCO,

       Plaintiff,

v.

SARA PETERSON,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Regarding Plaintiff Anna Orozco (Doc 60 - filed October 9, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   October 17, 2007